February 18, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 24 2015

Abel Acosta, Clerk

71,569-03

Mr. Abel Acosta

On 2/12/15 I Received A Written Notification slip, here At The Beto 1 Trustee camp That I had legal Mail in The mail Room to be Picked up, On 2/13/15 I tried to Pick up the mail but because, I do not live in the Building. But across the street from the Main Building, The Building count has to be clear before Trustee's can go to the building On 2/13/15 I tried to Pick up the legal Mail but When I made it inside the main Building The mail Room was close, I Tried Again to Pick up the mail on 2/12/15 but was told by the mail Room clerks that the legal Mail was sent back on 2/13/15 for what Reason I do not understand... Mr Acosta can you Please Return the letter from the court of criminal appeal back to Me As soon as Possible Thank you for your consideration in This matter.....

Thank you....

Tillie Upshaw